## JENKINS vs. HARRIS, executor.

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

Where the bill alleged that complainant bought from defendant's testator certain lands at a certain price, and gave a mortgage to secure the purchase money, which was foreclosed and judgment had on the mortgage and general judgment on the notes, and that various credits should be entered on said judgments, some for moneys paid before, and other credits for money paid since judgment, and that complainant was entitled to set off a certain sum as legatee under the will of the testator, and where the answer denied the credits and all other allegations in the bill, and depositions were read, some sustaining the bill and others the answer, and the will showed only a trifling legacy to complainant, and where the only excuse for not making defense to the cause before judgment is sworn off in the answer, and an agreement in writing in regard to the judgment since its rendition is exhibited contrary to the allegation that the credits would pay off the real debt due on the judgment, and the whole aspect of the case made shows gross laches and little, if any, equity in the complainant:

Held, that the chancellor was right to refuse the injunction to stay execution levied on the lands for balance of purchase money, though there may have been slight irregularity in the petition and rule nisi to foreclose the mortgage.

JACKSON, Justice.